

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00481-CR

KEVIN REID ALTHOUSE                                                      APPELLANT

V.

THE STATE OF TEXAS                                                            STATE

----------

FROM COUNTY CRIMINAL COURT NO. 9 OF TARRANT COUNTY
TRIAL COURT NO. 1477886

----------

## MEMORANDUM OPINION[1]

----------

Appellant Kevin Reid Althouse attempts to appeal from the trial court's judgment based on his plea bargain with the State. Appellant pled guilty to theft of property valued at $100–$750, a Class B misdemeanor, Tex. Penal Code Ann. § 31.03(a)–(b), (e)(2)(A) (West Supp. 2016), in exchange for a recommended sentence of forty days' confinement in jail. *See id.* § 12.22 (West 2011)

---

[1]*See* Tex. R. App. P. 47.4.

(providing punishment for a Class B misdemeanor is a fine of up to $2,000, confinement in jail of up to 180 days, or both). The trial court's certification of appeal provides that this is a plea-bargained case and that Appellant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2), (d).

We informed Appellant by letter that this appeal was subject to dismissal based on the trial court's certification unless he or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal. Appellant's response does not show grounds for continuing the appeal.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: PITTMAN, J.; LIVINGSTON, C.J.; and WALKER, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: April 20, 2017